Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 2, 2025**      X */s/ Eric Bartels*
                   Signature of individual signing on behalf of debtor

                   **Eric Bartels**
                   Printed name

                   **Managing Agent**
                   Position or relationship to debtor

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____ **2,501.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $ _____ **2,501.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ **2,280,519.61**

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $ **2,280,519.61**

**Fill in this information to identify the case:**

Debtor name    **Luxury Time Global, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **5:25-bk-00912**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Business Checking** | **4740** | $0.00 |
| 3.2. | **Wells Fargo** | **Business Savings** | **4757** | $1.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ☑ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☑ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furnishings, display cases | $0.00 | | $2,500.00 |

**40.**     **Office fixtures**

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**                                       **$2,500.00**
          Add lines 39 through 42.  Copy the total to line 86.

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,501.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,501.00 |

**Fill in this information to identify the case:**

Debtor name __**Luxury Time Global, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF PENNSYLVANIA__

Case number (if known) __**5:25-bk-00912**__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **Luxury Time Global, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **5:25-bk-00912**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Family Funding Group, LLC**
**1021 38th St.**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **03/12/25**

Last 4 digits of account number _

Basis for the claim: **Purchase of future receivables**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kash Advance, LLC**
**323 Sunny Isles Bld.**
**Ste 503**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**KTK Capital, LLC**
**100 S. Pointe Dr.**
**Apt. 1610**
**Miami Beach, FL 33139-7382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/07/2024**

Last 4 digits of account number _

Basis for the claim: **Purchase of future receivables**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,000.00** |
|---|---|---|---|

**Life Long Trusted Services, LLC**
**981 Jamaica Blvd.**
**Toms River, NJ 08757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/04/2024**

Last 4 digits of account number _

Basis for the claim: **Purchase of future receivables**

Is the claim subject to offset? ■ No ☐ Yes

| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,000.00** |

**Merchant Portfolio Servicing**
**1413 Ave Ponce De Leon Ste 400**
**San Juan, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Purchase of future receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$668,000.00** |

**Michael Alfonso**
**364 E. Main St.**
**Unit 450**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |

**NFG Advance**
**500 West Putnam Avenue**
**Suite 400**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _01/21/2025_

Basis for the claim: __Purchase of future receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155,900.00** |

**Omar Baker**
**8100 Spring HIII Farm Drive.**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __merchandise__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,045,139.61** |

**ORAFI, Inc.**
**dbaTimeless Jewelers**
**17616 Collins Ave.**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Purchase of future receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |

**Ritual Advance, LLC**
**33 SW 2nd Ave., PH2**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _11/04/2024_

Basis for the claim: __Purchase of future receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,000.00** |

**Sinclair Funding Group**
**700 Rockaway Turnpike**
**Suite 203**
**Lawrence, NY 11559**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Purchase of future receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,480.00 |
|---|---|---|---|

Thoro Corp
800 SE 4th Ave., Ste. 601
Hallandale, FL 33009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Purchase of future receivables

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berkovitch and Bouskila, PLLC**<br>**1545 Route 202**<br>**Suite 101**<br>**Pomona, NY 10970** | Line **3.12**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **David M. Katz, Esq.**<br>**1411 Broadway, 29th Floor**<br>**New York, NY 10018** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Empire Recovery Services, LLC**<br>**10 W. 37th Street**<br>**Rm 602**<br>**New York, NY 10018** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Eric D. Bartels**<br>**7 Dickinson Close**<br>**Moosic, PA 18507** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Freyja Financial, LLC**<br>**33 SW 2nd Avenue, FL 2**<br>**Miami, FL 33131** | Line **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Gerald E. Greenberg, Esq.**<br>**Gelber Schachter & Greenberg, P.A.**<br>**One Southeast Third Ave., Ste 2600**<br>**Miami, FL 33131** | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Jason Y. Hsi, Esq.**<br>**Grafunkle Wild, PC**<br>**111 Great Neck Road**<br>**Great Neck, NY 11021** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **LLTS, LLC**<br>**Registered Agent**<br>**7901 4th St. N, Ste. 300**<br>**Saint Petersburg, FL 33702** | Line **3.4**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Merchant Portfolio Servicing**<br>**6536 99th St. Apt. 4R**<br>**New York, NY 11374** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10  **Merchant Portfolio Servicing**<br>**d/b/a i-gotfunded LLC**<br>**1413 Ave. Ponce De Leon Ste 400**<br>**San Juan, PR 00907** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11  **NFG Advance, LLC**<br>**1308 Kings Hwy.**<br>**Brooklyn, NY 11229** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12  **Ritual Advance, LLC**<br>**Stephen C. Breuer, Registered Agent**<br>**7901 4th St. N. Ste 300**<br>**Saint Petersburg, FL 33702** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13  **Stephen C. Breuer, Registered Agent**<br>**6501 Congress Ave., Ste. 240**<br>**Boca Raton, FL 33487** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14  **Steven R. Antico, Esq.**<br>**Garfunkle Wild**<br>**411 Hackensack Ave., 10th Fl**<br>**Hackensack, NJ 07601** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,280,519.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,280,519.61 |

Debtor name **Luxury Time Global, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **5:25-bk-00912**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Verbal, month to month agreement for rental of office space. $800.00 per month** |
| State the term remaining | |
| List the contract number of any government contract | **Angelo Genell**<br>**429 S. Main St.**<br>**Suite 1**<br>**Old Forge, PA 18518** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Future receivables sale and purchase agreement dated 12/23/04. Purchase price $215,000.00 Purchase receivables amount $298,850.00 Percentage 12.46% contract ends when paid in full** |
| State the term remaining | |
| List the contract number of any government contract | **Credible Advance**<br>**750 E. Main St.**<br>**6th Floor**<br>**Stamford, CT 06902** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Standard merchant cash advance agreement dated 03/12/2025 Purchase price $50,000.00 Purchase receivables amount $74950.00 Percentage 25% Contract ends when paid in full** |
| State the term remaining | |
| List the contract number of any government contract | **Family Funding Group, LLC**<br>**1021 38th St.**<br>**Brooklyn, NY 11219** |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Future receivables sale and purchase agreement Purchase price $50,000 Future receivables sold $74950.00 Percentage 3% Contract ends when paid in full** |
|        State the term remaining | |
|        List the contract number of any government contract | **Life Long Trusted Services, LLC 981 Jamiaca Blvd. Toms River, NJ 08757** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Future receivables sale and purchase agreement dated 02/07/25 Purchase price $72,000 Purchase receivables amount $133,000 Percentage Contract ends when paid in full** |
|        State the term remaining | |
|        List the contract number of any government contract | **Merchant Portfolio Servicing 1413 Ave Ponce De Leon Ste 400 San Juan, PR 00907** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Future Receivables Sale and Purchase Agreement dated 01/21/25 Purchase price $105,000.00 Purchased amount $157,500.00 Percentage rate 20% Contract ends when paid in full** |
|        State the term remaining | |
|        List the contract number of any government contract | **NFG Advance 500 West Putnam Avenue Suite 400 Greenwich, CT 06830** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Future receipts sale and purchase agreement dated 11/04/24 Purchase price $35,000 Purchased receipts amount $52465.00 Percentage rate 8% Contract ends when paid in full** |
|        State the term remaining | |
|        List the contract number of any government contract | **Ritual Advance, LLC 33 SW 2nd Ave., PH2 Miami, FL 33130** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Merchant Cash Advance Agreement dated 09/17/24 Purchase price $150,000 Receivables Purchased 337,500.00 Percentage 10% Contract ends when paid in full** | |
|---|---|---|---|
| | State the term remaining | | **Sinclair Funding Group 700 Rockaway Turnpike Suite 203 Lawrence, NY 11559** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Standard merchant cash advance agreement for sale of future receivables dated 10/20/24 Purchase price $40,000.00 Recevables purchased amount $58,800.00 Percentage 20% Contract ends when paid in full** | |
|---|---|---|---|
| | State the term remaining | | **Thoro Corp 800 SE 4th Ave., Ste. 601 Hallandale, FL 33009** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Standard merchant cash advance agreement for sale of future receiveables dated 11/14/24 Purchase price $50,000 Receivables purchase amount $75,000 Percentage 20% Contract ends when paid in full** | |
|---|---|---|---|
| | State the term remaining | | **Thoro Corp 800 SE 4th Ave., Ste. 601 Hallandale, FL 33009** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Standard merchant cash advance agreement ofr sale of future receipts dated 11/24/24 Purchase price $50,000 Receiveables purchase amoutn $101,500 Percentage 20% Contract ends when paid in full** | |
| | State the term remaining | | **Thoro Corp** |
| | List the contract number of any government contract | | **800 SE 4th Ave., Ste. 601 Hallandale, FL 33009** |

Fill in this information to identify the case:

Debtor name   **Luxury Time Global, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **5:25-bk-00912**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric Bartels** | **7 Dickinson Close Moosic, PA 18507** | **Family Funding Group, LLC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Eric D. Bartels** | **7 Dickinson Close Moosic, PA 18507** | **Kash Advance, LLC** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 | **Eric D. Bartels** | **7 Dickinson Close Moosic, PA 18507** | **Life Long Trusted Services, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.4 | **Eric D. Bartels** | **7 Disckinson Close Moosic, PA 18507** | **Merchant Portfolio Servicing** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.5 | **Eric D. Bartels** | **7 Dickinson Close Moosic, PA 18507** | **Michael Alfonso** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |

| Debtor | **Luxury Time Global, LLC** | Case number *(if known)* | **5:25-bk-00912** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **NFG Advance** | ☐ D _____ ■ E/F __**3.7**__ ☐ G _____ |
| 2.7 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **Omar Baker** | ☐ D _____ ■ E/F __**3.8**__ ☐ G _____ |
| 2.8 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **ORAFI, Inc.** | ☐ D _____ ■ E/F __**3.9**__ ☐ G _____ |
| 2.9 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **Ritual Advance, LLC** | ☐ D _____ ■ E/F __**3.10**__ ☐ G _____ |
| 2.10 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **Sinclair Funding Group** | ☐ D _____ ■ E/F __**3.11**__ ☐ G _____ |
| 2.11 | **Eric D. Bartels** **7 Dickinson Close** **Moosic, PA 18507** | **Thoro Corp** | ☐ D _____ ■ E/F __**3.12**__ ☐ G _____ |

Debtor name **Luxury Time Global, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **5:25-bk-00912**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$15,406,666.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. **NFG Advance**<br>**500 West Putnam Avenue**<br>**Suite 400**<br>**Greenwich, CT 06830** | 01/29/25<br>02/04/25<br>02/06/25<br>02/10/25<br>02/11/25<br>02/13/25<br>02/14/25 | **$35,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.2.** **Sinclair Funding Group** | 01/29/25 02/03/25 02/10/25 02/28/25 | **$64,000.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.3.** **Credible Advance** **750 E. Main St.** **6th Floor** **Stamford, CT 06902** | 01/02/25 01/06/25 01/0725 01/08/25 01/08/25 01/10/25 01/13/25 01/16/25 01/17/25 01/21/25 01/21/25 01/22/25 01/23/25 01/24/25 01/27/25 01/28/25 01/29/25 01/30/25 01/31/25 02/03/25 02/04/25 02/05/25 02/26/25 02/27/25 03/04/25 03/04/25 | **$281,720.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.4.** **Merchant Portfolio Servicing** **1413 Ave Ponce De Leon Ste 400** **San Juan, PR 00907** | 02/11/25 02/12/25 02/13/25 02/14/25 02/18/25 02/20/25 02/24/25 02/24/25 02/26/25 02/27/25 02/28/25 03/03/25 03/04/25 03/05/25 03/07/25 03/07/25 03/11/25 03/12/25 03/13/25 03/13/25 03/18/25 03/19/25 03/19/25 03/20/25 | **$106,675.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Thoro Corp** **800 SE 4th Ave., Ste. 601** **Hallandale, FL 33009** | 01/10/25 02/03/25 | $6,700.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Life Long Trusted Services, LLC** **981 Jamiaca Blvd.** **Toms River, NJ 08757** | 01/30/25 02/10/25 03/17/25 | $12,500.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **KASH Capital** | 01/03/25 01/06/25 01/07/25 01/08/25 01/09/25 01/10/25 01/14/25 01/14/25 01/15/25 01/16/25 01/17/25 01/21/25 01/21/25 01/22/25 01/23/25 01/24/25 01/27/25 01/28/25 | $17,982.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Family Funding Group, LLC** **1021 38th St.** **Brooklyn, NY 11219** | 03/13/25 03/14/25 03/18/25 03/19/25 03/19/25 | $12,493.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Peter Malak** **6 Bredder Ct.** **Elmwood Park, NJ 07407** **Business Associate** | **Various dates over 1 year period** | $571,693.00 | **Business loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Sinclair Funding Group** <br> **700 Rockaway Turnpike** <br> **Suite 203** <br> **Lawrence, NY 11559** | **Attachment of checking account** | **01/10/2025** | **$40,000.00** |
| **Sinclair Funding Group** <br> **700 Rockaway Turnpike** <br> **Suite 203** <br> **Lawrence, NY 11559** | **attachment of checking account** | **04/01/25** | **$5,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Snclair Funding Group** <br> **vs.** <br> **Luxury Time Global, LLC dba** <br> **Luxury Time Global; The T** <br> **Clinic, PLLC and Eric David** <br> **Bartels, Kelly Ann Bartels,** <br> **Kelly Ann Bartels aka Kelly** <br> **Rafferty, Karen A. Kaminski** <br> **E2024018239** | **Civil action** | **Supreme Court of the State of New York** <br> **County of Monroe** <br> **Rochester, NY** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |
| 7.2. | **Family Funding Group, LLC** <br> **vs.** <br> **Luxury Time Global, LLC** <br> **and Eric David Bartels** <br> **E20250027986** | **Civil action** | **Supreme Court of the State of New York** <br> **Monroe County** <br> **Rochester, NY** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.3. | **MIchael Alfonso** <br> **vs.** <br> **Luxury Time Global, LLC, Eric** <br> **Bartels and Claire Butler** <br> **25 CV 427** | | **Court of Common Pleas** <br> **Lackawanna County** <br> **Scranton, PA** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.4. | **ORAFI INC. d/b/a Timeless Jewelers** <br> **vs.** <br> **Luxury Time Global, LLC** <br> **2025-003690 CA 13** | **Civil action** | **Circuit Court of Eleventh Judicial Circ** <br> **County Court for Miami-Dade County** <br> **Miami, FL** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **C. Stephen Gurdin, Jr., Esq. 67-69 Public Square, Ste. 501 Wilkes Barre, PA 18701-2512** | **$15000.00 attorney fees $1738.00 costs** | **03/13/25** | **$16,738.00** |
| | **Email or website address Stephen@gurdinlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case 5:25-bk-00912-MJC   Doc 25   Filed 05/02/25   Entered 05/02/25 20:02:50   Desc
Main Document     Page 22 of 30

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**100 Union St.**<br>**Taylor, PA 18517** | **XXXX-9319** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/25/25** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Wells Fargo**<br>**100 Union St.**<br>**Taylor, PA** | **XXXX-4740** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/25/25** | **$0.00** |
| 18.3. | **Wells Fargo Bank**<br>**100 Union St.**<br>**Taylor, PA** | **XXXX-4757** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/25/25** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Eric Bartels**<br>**6 Dickinson Close**<br>**Moosic, PA 18507** | **10/21 to present** |
| 26a.2.  **Brian T. Kelly, CPA**<br>**30 N> Scott St.**<br>**Carbondale, PA 18407** | **11/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Bartels | 6 Dickinson Close Moosic, PA 18507 | Managing Agent | 100 % |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Eric D. Bartels 7 Dickinson Close Moosic, PA 18507 | Transfers out of business checking & savings accounts into personal checking & savings accts $3,348,865.05 transfers into business checking & savings accts from personal checking & savings accts $2,817,721.50 | 01/01/24 to 12/31/25 | Employee compensation |
| | Relationship to debtor **Managing Agent** | | | |
| 30.2. | Claire Butler | $137,549.88 | 04/01/24 to 04/01/25 | Wages |
| | Relationship to debtor **Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**May  2, 2025**__

__**/s/ Eric Bartels**__
Signature of individual signing on behalf of the debtor

**Eric Bartels**
Printed name

Position or relationship to debtor  __**Managing Agent**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Luxury Time Global, LLC**                     Case No. **5:25-bk-00912**
                                       Debtor(s)              Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **15,000.00** |
    | Prior to the filing of this statement I have received | $ | **15,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **negotiations with creditors, bankruptcy litigation including but not limited to:(i) objections to discharge or exemptions;(i)lien avoidance,(iii)adversary; (iv)amendment to schedules, (v)conversion to another chapter;(vi)application for extension of time to file schedules and/or plan. Billings will be at $460.00 per hour for attorney Gurdin. Other professionals may be billed at lower rates, currently at $150.00 per hour for paralegal. Hourly rates may change during the course of the representation. Debtors will be notified in writing of any change in billing hourly rates. Legal and other appropriate costs and expenses incurred and/or charged or incurred for like work, including but not limited to filing fees charged by the and paid to the clerk of the court, photocopy and fax charges, postage and overnight delivery charges, tit and lien search charges**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  2, 2025**
*Date*

/s/ C. Stephen Gurdin, Jr., Esquire
**C. Stephen Gurdin, Jr., Esquire 01860**
*Signature of Attorney*
**C. Stephen Gurdin, Jr.,Esq.**
**67-69 Public Square, Ste. 501**
**Wilkes Barre, PA 18701-2512**
**570-826-0481**
**Stephen@gurdinlaw.com**
*Name of law firm*

In re    **Luxury Time Global, LLC**                        Case No.    **5:25-bk-00912**

                                  Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 2, 2025**                     **/s/ Eric Bartels**

                                        **Eric Bartels/Managing Agent**
                                        Signer/Title

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Luxury Time Global, LLC**      Case No.    **5:25-bk-00912**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 2, 2025**

Signature    **/s/ Eric Bartels**

**Eric Bartels**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders